IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DAYA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv991-MHT |
| | ) | (WO) |
| CARLA JACKSON BELL, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be denied as moot and that plaintiff's motion for leave to file an amended complaint be granted in part and denied in part. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (doc. no. 33) is adopted.

(2) Defendants' motion to dismiss (doc. no. 11) is denied as moot.

(3) Plaintiff's motion for leave to file amended complaint (doc. no. 25) is granted in part and denied in part, as set forth in the recommendation (doc. no. 33).

(4) Plaintiff shall file her proposed amended complaint (doc. no. 25-1), by November 16, 2017. The proposed amended complaint may be edited so as to exclude the proposed conspiracy claim.

(5) Defendants Carla Jackson Bell, Brian Johnson, and Cesar Fermin are dismissed and terminated as parties to this action.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 2nd day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**